Christopher R. Pitoun (SBN 290235)
Lee M. Gordon (SBN 174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
christopherp@hbsslaw.com
lee@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Class*
[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ZAMORA, BRANDON J. STONE, JASON SILVEUS, JASON COUNTS, THOMAS HAYDUK, and JOSHUA HURST, individually and on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>     v.<br><br>GENERAL MOTORS LLC,<br><br>                     Defendant. | No. 2:16-cv-04501-DSF-PJW<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

010611-11  880745 V1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by their undersigned attorneys, Plaintiffs voluntarily dismiss this action without prejudice.

DATED:  July 6, 2016         HAGENS BERMAN SOBOL SHAPIRO LLP


By  */s/ Christopher R. Pitoun*
      Christopher R. Pitoun (SBN 290235)
Lee M. Gordon (SBN 174168)
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
christopherp@hbsslaw.com
lee@hbsslaw.com

Christopher A. Seeger (*pro hac vice pending*)
SEEGER WEISS LLP
77 Water Street, New York,
New York, NY 10005
Tel:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

Robert C. Hilliard (*pro hac vice pending*)
HILLIARD MUNOZ GONZALES LLP
719 S Shoreline Blvd., # 500
Corpus Christi, TX  78401
Tel:  (361) 882-1612
bobh@hmglawfirm.com
16-4501

James E. Cecchi (*pro hac vice pending*)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068
Tel:  (973) 994-1700
Fax:  (973) 994-1744
JCecchi@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Class*

010611-11 880745 V1

- 1 -

Case 2:16-cv-04501-DSF-PJW   Document 10   Filed 07/06/16   Page 3 of 3   Page ID #:343

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the Defendant via hand-delivery to General Motors LLC, 300 Renaissance Ctr., Detroit, MI 48265-0001.

*/s/ Christopher R. Pitoun*
Christopher R. Pitoun (SBN 290235)

- 2 -

010611-11 880745 V1